■ ALBERT CONTI, Appellant, v. THOMAS DANBECK, Respondent.— In a negligence action to recover damages for injuries to person and property, the plaintiff appeals from an order of the Supreme Court, Nassau County, dated May 4, 1960, which denied his motion for summary judgment (Rules Civ. Prac., rule 113). Order affirmed, with $10 costs and disbursements. The record presents issues which should be resolved after trial. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ SABINA CORWIN, Appellant, v. EUGENE CORWIN, Respondent.— In an action by a wife for a judicial separation, the plaintiff appeals from an order of the Supreme Court, Nassau County, dated April 20, 1961, which granted her motion for alimony *pendente lite* of $200 a week and for a counsel fee of $1,500, to the extent of directing the defendant to pay her $30 a week for the support of the children and referring to the trial court the question of alimony *pendente lite* and the question of the counsel fee. Order affirmed, without costs. The action should be placed on the calendar for an early trial. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.